THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONNIE CROW                                                                                       PLAINTIFF

v.                                    Case No. 4:12CV00199 JTK

CAROLYN C. COLVIN, *Commissioner*,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 25th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE